1  THOMAS D. STOUT (Cal. Bar No. 241348)
   tstout@londonstoutlaw.com
2  MICHAEL LUNDHOLM (Cal. Bar No. 336151)
   mlundholm@londonstoutlaw.com
3  LONDON & STOUT P.C.
   1999 Harrison Street, Suite 2010
4  Oakland, CA 94612
   Phone:  (415) 862-8485
5  Fax:    (415) 573-0995

6  Attorneys for Defendant RENE GEORGE

APPROVED
Judge Susan van Keulen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTSON TECHNOLOGY, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC., a Delaware Corporation, VLADIMIR NAGORNY, an individual, and RENE GEORGE, an individual,<br><br>　　　　Defendants. | CASE NO.: 5:23-cv-06071-SVK<br><br>STIPULATION TO EXTEND TIME OF DEFENDANT RENE GEORGE TO RESPOND TO FIRST AMENDED COMPLAINT |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Mattson Technology, Inc. ("Plaintiff") and Defendant Rene George, by and through their respective counsel, stipulate to extend the time for Defendant to respond to the First Amended Complaint from February 28, 2024, to March 14, 2024. Plaintiff and Defendant also stipulate to extend the time for Plaintiff to file an opposition to any forthcoming motion by Defendant to dismiss the First Amended Complaint to April 11, 2024, and for Defendant to file a reply in support of any such motion to April 25, 2024.

DATED: February 28, 2024        LONDON & STOUT P.C.

By:   /s/ Thomas D. Stout
      THOMAS D. STOUT
      MICHAEL LUNDHOLM
      1999 Harrison Street, Suite 2010
      Oakland, California 94612
      Phone:   (415) 862-8485
      Fax:     (415) 573-0995

      Attorneys for Defendant RENE GEORGE

DATED: February 28, 2024        DORITY & MANNING, P.A.

By:   /s/ Nicole S. Cunningham
      NICOLE S. CUNNINGHAM
      STEVEN A. MOORE
      2869 Historic Decatur Road
      San Diego, California 92106
      Phone:   (864) 271-1592

      TIM F. WILLIAMS
      MARK H. JOHNSON
      75 Beattie Place, Suite 1100
      Greenville, South Carolina 29601
      Phone:   (864) 271-1592

      Attorneys for Plaintiff MATTSON TECHNOLOGY, INC.

**E-FILING ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Thomas D. Stout, hereby attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

DATED: February 28, 2024          LONDON & STOUT P.C.

By:   /s/ Thomas D. Stout
         THOMAS D. STOUT