# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** 5/7/24    **Time:** 10:02-10:21am (19 mins)    **Judge:** Hon. Susan van Keulen

**Case No.** 5:23-cv-06071-SVK    **Case Name:** Mattson Technology, Inc. v. Applied Materials, Inc. et al

**Attorney for Plaintiff:** Nicole Cunningham with In House Counsel Emilie Fukada & Jenny Tran

**Attorney for Defendant Applied Materials, Inc.:** L. Kieran Kieckhefer & Stuart Rosenberg with In House Counsel Ashley Littlefield

**Attorney for Defendant Rene George:** Thomas Stout

**Defendant Pro Se:** Vladimir Nagorny

**Deputy Clerk:** Justine Fanthorpe    **Reported by:** Zoom Recorded

## PROCEEDINGS

Initial Case Management Conference held. Defendant consented verbally to Magistrate Judge Susan van Keulen on the record; notice to be issued.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          ( X )   Court