United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTSON TECHNOLOGY, INC., | Case No.  23-cv-06071-SVK |
| Plaintiff, | |
| v. | **AMENDED CASE MANAGEMENT ORDER** |
| APPLIED MATERIALS, INC., et al., | Re: Dkt. No. 241 |
| Defendants. | |

The Court has received the Parties' Joint Case Management Statement (Dkt. 241) in advance of the case management conference and in response to the Court's directive regarding Plaintiff Mattson Technology, Inc.'s ("Mattson") intended motion for leave to amend.  *See* Dkt. 232 at 10.  Having considered the Parties' submission, the Court **VACATES** the June 9, 2026 case management conference and adopts the Parties' propose case schedule as modified below.

| Scheduled Event | New Deadline |
|---|---|
| Mattsons's intended motion for leave to amend the Complaint | Due June 24, 2026<br>Applied Materials, Inc.'s reply due 21 days thereafter pursuant to the Parties' agreement (*see* Dkt. 241 at 6).<br>Mattson's reply due 10 days after opposition. |
| Further Case Management Conference | January 19, 2027<br>with the joint CMC statement due January 12, 2027 |
| Close of fact discovery | February 8, 2027 |
| Opening expert disclosures | May 6, 2027 |
| Rebuttal expert disclosures | June 10, 2027 |
| Close of expert discovery | July 1, 2027 |
| Dispositive motions | August 3, 2027 |

| Oppositions to dispositive motions | September 3, 2027 |
|---|---|
| Replies in support of dispositive motions | September 24, 2027 |
| Dispositive motion hearing | October 12, 2027 |
| ADR completion deadline | December 1, 2027 |
| Pretrial conference | February 10, 2028<br><br>Deadlines under Civil Pretrial Standing Order:<br>Deadline to meet and confer re Pretrial Filings:<br>January 10, 2028<br><br>Pretrial Filings due:<br>January 13 and 20, 2028 |
| Trial | February 28, 2028 |

**SO ORDERED.**

Dated: June 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

2